# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5158**  **September Term, 2024**

**1:25-cv-00799-RCL**

**Filed On: July 1, 2025**

RFE/RL, Inc.,

      Appellee

      v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United
States Agency for Global Media, et al.,

      Appellants

**BEFORE:** Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion for voluntary dismissal, the opposition thereto, which alternatively requests vacatur of the court's May 7, 2025 decision granting the government's motion for stay pending appeal, and the reply, it is

**ORDERED** that the motion for voluntary dismissal be granted and the above-captioned case be dismissed, with each party to bear its own costs. It is

**FURTHER ORDERED** that the request for vacatur be denied. Appellee has not shown entitlement to the "extraordinary remedy of vacatur." U.S. Bancorp Mortg. Co. v. Bonner Mall P'ship, 513 U.S. 18, 26 (1994).

**Per Curiam**

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                Scott H. Atchue
                Deputy Clerk